UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAMON DELCORE AND KIMBERY THORPE, Individually and as Co-Administrators of the Estate of ELIZABETH DELCORE :

VS. :

NORTH AMERICAN FAMILY INSTITUTE, INC. :

CA 08 45T

C.A. No.:

**NOTICE OF REMOVAL**

Now comes the defendant, North American Family Institute, Inc. (hereinafter "NAFI"), and respectfully requests that this Honorable Court remove the within action from the Rhode Island State Court, which was served on the defendant on January 10, 2008. As grounds therefor, defendant states that 28 U.S.C. § 1441(a) allows a claim to "be removed by the defendant or the defendants, to the District Court of the United States for the district and division embracing the place where such action is pending." As is seen by the attached underlying complaint, the plaintiffs are identified as residents of the State of Rhode Island and the defendant is a Massachusetts corporation with its principal place of business in Danvers, Massachusetts.

The minimum recovery for this wrongful death claim pursuant to Rhode Island's Wrongful Death Statute is $250,000. See R.I.G.L. 10-7-2. Therefore, as there is a complete diversity of parties and the amount in controversy exceeds the $75,000 jurisdictional minimum, this case should be removed to the Rhode Island Federal District Court. 28 U.S.C. § 1332(a).

Defendant, North American Family Institute, Inc.
By its Attorney,

Kevin J. Holley #4639
GUNNING & LAFAZIA, INC.
56 Pine Street
Providence, RI 02903
Direct Dial: (401) 521-2622
Fax: (401) 521-6901
E-Mail: kholley@gunninglafazia.com

CERTIFICATION

I hereby certify that I mailed a copy of the within notice of removal to Patrick T. Jones, Esq., COOLEY MANION JONES LLP, One Center Place, Providence, RI 02903, and Angelo Marocco, Esq., 1200 Reservoir Avenue, Cranston, RI 02920, on this day of February, 2008.