STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

Damon Delcore and Kimberly Thorpe, Individually
and as Co-Administrators of the Estate of
Elizabeth Delcore,
Plaintiffs

v.

C.A No.:

North American Family Institute, Inc.,
Defendant

# COMPLAINT

## PARTIES AND JURISDICTION

1. Plaintiffs Damon Delcore and Kimberly Thorpe, parents of Elizabeth Delcore, are citizens and residents of Rhode Island. Plaintiffs bring this action Individually as the father and mother of the late Elizabeth Delcore and as Co-Administrators of the Estate of Elizabeth Delcore. Plaintiffs were appointed Co-Administrators by the Warwick Probate Court on June 28, 2007.

2. Defendant North American Family Institute, Inc. (hereinafter "NAFI"), which has its principal place of business in Danvers, Massachusetts, is registered to do and is doing business in the State of Rhode Island in, without limitation, the city of Providence, County of Providence, Rhode Island. At all times relevant to this Complaint, NAFI owned, operated, managed, maintained, and/or controlled a residential facility for adolescents in Providence, Rhode Island.

3. The events complained of in this action occurred in the City of Providence, County of Providence, Rhode Island.

**COUNT I**

4. Plaintiffs repeat and incorporate by reference Paragraphs 1 through 3 as if set forth fully at length herein.

5. In and prior to 2007, Defendant, NAFI, by and through its agents, servants, employees, and/or those for whose conduct it is responsible, undertook for valuable consideration to treat and care for Plaintiff's decedent Elizabeth Delcore, a minor.

6. Defendant NAFI, by and through its agents, servants, employees, and/or those for whose conduct it is responsible, negligently and carelessly failed to timely render appropriate care and treatment to Elizabeth Delcore.

7. As a direct and proximate result of the negligence of NAFI, its agents, servants, employees and/or those for whose conduct it is responsible, plaintiff's decedent suffered severe personal injuries and died on December 15, 2006.

8. By reason of the death of Elizabeth Delcore, her Estate and her beneficiaries have suffered damages as set forth in R.I. Gen. Laws §§ 10-7-1 et seq., including §10-7-1.1, and were otherwise damaged.

9. By reason of the injury and death of Elizabeth Delcore, Plaintiff Damon Delcore has suffered the loss of society and companionship of his daughter.

10. By reason of the injury and death of Elizabeth Delcore, Plaintiff Kimberly Thorpe has suffered the loss of society and companionship of her daughter.

WHEREFORE, Plaintiffs Damon Delcore and Kimberly Thorpe, as Co-Administrators of the Estate of Elizabeth Delcore, demand judgment against Defendant North American Family Institute, Inc. in an amount sufficient to establish the jurisdiction of the Superior Court plus interest and costs and whatsever further relief this

Honorable Court deems appropriate.

WHEREFORE, Plaintiffs Damon Delcore and Kimberly Thorpe, individually, demand judgment against Defendant North American Family Institute, Inc. in an amount sufficient to establish the jurisdiction of the Superior Court plus interest and costs and whatever further relief this Honorable Court deems appropriate.

## COUNT II

11. Plaintiffs repeat and incorporate by reference Paragraphs 1 through 3, and Paragraphs 4 through 10 of Count I as if set forth fully at length herein.

12. By reason of the foregoing, Plaintiff's decedent suffered severe injuries to her mind and body, nerves and nervous system, endured extreme pain and suffering, all of which damages are remunerable under R.I. Gen. Laws §§10-7-7, and was otherwise damaged.

13. By reason of the foregoing, Plaintiff's decedent and/or her Estate have incurred hospital, medical and other expenses and have sufferad a loss of earnings and earnings capacity, all of which is remunerable under R.I. Gen. Laws §§10-7-5 and was otherwise damaged.

14. By reason of the death of Elizabeth Delcore, her Estate and beneficiaries have suffered damages as set forth in R.I. Gen. Laws §§10-7-5, et seq.

WHEREFORE, Plaintiffs Damon Delcore and Kimberly Thorpe, as Co-Administrators of the Estate of Elizabeth Delcore, demand judgment against North American Family Institute, Inc. in an amount sufficient to establish the jurisdiction of the Superior Court plus interest and costs and whatever further relief this Honorable Court deems appropriate.

***PLAINTIFFS HEREBY DEMAND A TRIAL BY JURY AS TO ALL ISSUES RAISED BY THIS COMPLAINT.***

Damon Delcore and Kimberly Thorpe,
Individually and as Co-Administrators
Of the Estate of Elizabeth Delcore,
By their attorneys,

Patrick T. Jones, Esquire #6636
COOLEY MANION JONES LLP
One Center Place
Providence, RI 02903
(401) 273-0800

-and-

Angelo Marocco, Esquire #1766
1200 Reservoir Avenue
Cranston, RI 02920
401-946-3030

Dated: 12/10/07