UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED

FEB 19 2008

Property of U.S. District Court
District of Rhode Island

DAMON DELCORE AND KIMBERY THORPE, Individually and as Co-Administrators of the Estate of ELIZABETH DELCORE :

VS. : C.A. No.: 08-45T

NORTH AMERICAN FAMILY INSTITUTE, INC. :

## FILING OF STATE COURT RECORD

Now comes the defendant, North American Family Institute, Inc., and herein files, pursuant to Local Rule 81(b) of the U.S. District Court, the attested State Court record and docket sheet.

Defendant, North American Family Institute, Inc.
By its Attorney,

Kevin J. Holley #4639
GUNNING & LAFAZIA, INC.
56 Pine Street
Providence, RI 02903
Direct Dial: (401) 521-2622
Fax: (401) 521-6901
E-Mail: kholley@gunninglafazia.com

## CERTIFICATION

I hereby certify that I mailed a copy of the within to Patrick T. Jones, Esq., COOLEY MANION JONES LLP, One Center Place, Providence, RI 02903, and Angelo Marocco, Esq., 1200 Reservoir Avenue, Cranston, RI 02920, on this 18th day of February, 2008.

Dawn Clarke

STATE RHODE ISLAND AND PROVIDENCE PLA TIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-6618 DAMON DELCORE V NORTH AMERICAN FAMILY INSTITUTE

Filing Date: 12-11-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: MALPRACTICE/MEDICAL
Status Date: 02-15-2008

| | |
|---|---|
| Plaintiff: DAMON DELCORE | Attorney: ANGELO MAROCCO |
| ID: @10948862 | Attorney: PATRICK JONES |
| Plaintiff: KIMBERLY THORPE | Attorney: ANGELO MAROCCO |
| ID: @10948863 | Attorney: PATRICK JONES |
| Plaintiff: ESTATE OF ELIZABETH DELCORE | Attorney: ANGELO MAROCCO |
| ID: @10948865 | Attorney: PATRICK JONES |
| Defendant: NORTH AMERICAN FAMILY INSTITUTE INC | Attorney: KEVIN HOLLEY |
| ID: @10948877 | |

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 12-11-2007 | COMPLAINT FILED | |
| 12-11-2007 | INITIAL FILING FEE | |
| 12-11-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP262124. |
| 01-17-2008 | PROOF OF SERVICE FILED | served upon n a family institute<br>Affiliated: DELCORE, DAMON |
| 01-30-2008 | ANSWER FILED | TO COMPLNT<br>Affiliated: NORTH AMERICAN FAMILY INSTITUTE INC |
| 02-04-2008 | REQUEST FOR PRODUCTION FILED | Affiliated: DELCORE, DAMON |
| 02-15-2008 | NOTICE OF REMOVAL | |
| 02-15-2008 | CASE REMVD TO US DISTRICT CT | |
| 02-15-2008 | OTH DOC FILED DURING DISCOV | |

rue Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island