STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

DAMON DELCORE AND KIMBERY THORPE, Individually and as Co-Administrators of the Estate of ELIZABETH DELCORE

VS.

NORTH AMERICAN FAMILY INSTITUTE, INC.

C.A. No.: PC07-6618

**ANSWER OF DEFENDANT**
**TO PLAINTIFFS' COMPLAINT**

1. Defendant is without sufficient knowledge to admit or deny the allegations contained in Paragraphs 1 and 3 of the complaint.

2. Defendant admits that Elizabeth Delcore was a resident of NAFI's Alternatives Program in Providence, Rhode Island on December 15, 2006.

COUNT I

1. Defendant hereby reasserts and realleges its responses to Paragraphs 1 through 3 of the complaint as if fully set forth herein.

2. Defendant admits that Elizabeth Delcore was a resident of NAFI's Alternatives Program in Providence, Rhode Island on December 15, 2006.

3. Defendant denies the allegations contained in Paragraphs 6, 7, 8, 9 and 10 of Count I of plaintiffs' complaint.

WHEREFORE, defendant, North American Family Institute, Inc., demands a trial by jury, that the complaint be dismissed and it be awarded costs.

COUNT II

1. Defendant hereby reasserts and realleges its responses to Paragraphs 1 through 10 of the complaint as if fully set forth herein.

2. Defendant denies the allegations contained in Paragraphs 12, 13 and 14 of Count II of plaintiffs' complaint.

3. Defendant hereby pleads the defense of assumption of the risk.

4. Defendant hereby pleads the defense of contributory negligence.

5. Defendant hereby pleads the defense of immunity.

6. Defendant hereby pleads the defense of the Public Duty Doctrine.

WHEREFORE, defendant, North American Family Institute, Inc., demands a trial by jury, that the complaint be dismissed and it be awarded costs.

By its Attorney,

Kevin J. Holley #4639
GUNNING & LAFAZIA, INC.
56 Pine Street
Providence, RI 02903
Direct Dial: (401) 521-2622
Fax: (401) 521-6901

CERTIFICATION

I hereby certify that I mailed a copy of the within answer to Patrick T. Jones, Esq., COOLEY MANION JONES LLP, One Center Place, Providence, RI 02903, and Angelo Marocco, Esq., 1200 Reservoir Avenue, Cranston, RI 02920, on this 29th day of January, 2008.