UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Damon Delcore and Kimberly Thorpe, Individually
and as Co-Administrators of the Estate of
Elizabeth Delcore,
Plaintiffs

v. C.A No.: 08-45T

North American Family Institute, Inc.,
Defendant

**ASSENTED TO MOTION FOR ADMISSION PRO HAC VICE**

Plaintiffs Damon Delcore and Kimberly Thorpe, Individually and as Co-Administrators of the Estate of Elizabeth Delcore hereby move, with the assent of the defendant, that Richard W. Paterniti be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Richard W. Paterniti

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Patrick T. Jones

Patrick T. Jones, #6636
COOLEY MANION JONES LLP
One Center Place
Providence, RI 02903
Tel: (401) 273-0800
Fax: (401) 273-0801
pjones@cmjlaw.com

**ASSENTED TO:**

The Defendant,
By its attorney,

__/s/ Kevin J. Holley________________
Kevin J. Holley, #4639
GUNNING & LAFAZIA, INC.
56 Pine Street
Providence, RI 02903
Tel: (401) 521-6900
Fax: (401) 521-6901

**ORDER**

This motion is hereby ______ GRANTED ______ DENIED

________________________ ________________________
District Judge Date

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the within Assented to Motion for Admission Pro Hac Vice was electronically filed on this 30th day of April, 2008.

___/s/ Patrick T. Jones_______________