UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Damon Delcore and Kimberly Thorpe, Individually
and as Co-Administrators of the Estate of
Elizabeth Delcore,
Plaintiffs

v. C.A No.: 08-45T

North American Family Institute, Inc.,
Defendant

**PLAINTIFFS' MOTION TO AMEND COMPLAINT AND**
**REMAND CASE TO PROVIDENCE SUPERIOR COURT**

The plaintiffs, Damon Delcore and Kimberly Thorpe, Individually and as Co-Administrators of the Estate of Elizabeth Delcore, hereby move, pursuant to Fed.R.Civ.P. 15 to amend their Complaint to add as defendants in this case the individual nurses, Marisa Singleton, RN and Candace Greene, RN, and a staff worker, Rachel Marfeo, each of whom negligently treated and cared for the decedent Elizabeth Delcore on December 14, 2006 and December 15, 2006 at the facility owned and operated by North American Family Institute, Inc. Further, the plaintiffs hereby request, pursuant to 28 U.S.C. §1447(e), that the Court remand this case to the Providence County Superior Court because the addition of these individuals, at least two of whom are residents of Rhode Island, destroys complete diversity of citizenship and, as a result, this Court no longer has subject matter jurisdiction in this case.

The plaintiffs submit a memorandum of law, which includes the proposed Amended Complaint, in support of this motion.

WHEREFORE, the plaintiffs respectfully request that this Court allow their motion to amend their Complaint to add the individual defendants and remand this case to the Providence County Superior Court.

**REQUEST FOR ORAL ARGUMENT**

Plaintiffs hereby request oral argument in this case should the Court deem it appropriate.

Respectfully submitted,
Damon Delcore and Kimberly Thorpe,
Individually and as Co-Administrators
Of the Estate of Elizabeth Delcore,
By their attorneys,

__/s/ Patrick T. Jones______________

Patrick T. Jones, Esquire #6636
Richard W. Paterniti, *pro hac vice*
COOLEY MANION JONES LLP
One Center Place
Providence, RI 02903
(401) 273-0800

-and-

___/s/ Angelo Marocco____________

Angelo Marocco, Esquire #1766
1200 Reservoir Avenue
Cranston, RI 02920
401-946-3030

Dated: __May 7, 2008_______

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the within Plaintiffs' Motion to Amend Complaint and Remand Case to Providence Superior Court was electronically filed on this 7th day of May, 2008.

___/s/ Patrick T. Jones______________